```
                                              USDC SDNY
                                              DOCUMENT
                                              ELECTRONICALLY FILED
                                              DOC #: _____
                                              DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EMILY LAMBERT,

          Plaintiff,

          v.

SUSAN MAGRINO AGENCY, INC., SUSAN
MAGRINO, ALLYN MAGRINO,
LEIGH ANN AMBROSI, MOLLY PETERSON,

          Defendants.
------------------------------------------------------------x

No.: 16-cv-8300 (KMK)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned, attorneys for the respective parties hereto, that all the claims presented in the above-entitled action are hereby dismissed with prejudice and on the merits, and without costs or attorneys' fees to any party, pursuant to Federal Rule of Civil Procedure 41(a).

DATED: Scarsdale, New York
          September 28, 2017

The Bellantoni Law Firm, PLLC

By: _____
Amy Bellantoni
2 Overhill Rd., Ste. 400
Scarsdale, New York 10583
(914) 367-0090
Fax: (914) 367-0095
Attorneys for Plaintiff

DATED: New York, New York
          September __, 2017

EUSTACE, MARQUEZ, EPSTEIN,
PREZIOSO & YAPCHANYK

By: _____
Gregory R. Bennett
55 Water Street, 29th Floor
New York, New York 10041-2899
(212) 612-4200
Fax: (212) 612-4284
Attorneys for Defendants

SO ORDERED:

_____
Kenneth M. Karas, U.S.D.J.

October 24, 2017